FILED
March 7, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                Case No. 2:06-mj-67 KJM
    Plaintiff, )
v. )                ORDER FOR RELEASE OF
)                PERSON IN CUSTODY
Loretta Arrendondo, )
)
_____)
       Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Loretta Arrendondo</u> Case No. <u>2:06-mj-67 KJM</u>

__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

        X  $25,000 Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond secured by Real Property

        __ Corporate Surety Bail Bond

        X  (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>3/7/06</u> at <u>2:35 p.m.</u>

By _____
Kimberly J. Mueller
United States Magistrate Judge